# United States Court of Appeals for the Federal Circuit

---

**TRINITY MANUFACTURING, INC., ASHTA CHEMICALS, INC., NIKLOR CHEMICAL COMPANY, INC.,**
*Plaintiffs-Appellants*

v.

**UNITED STATES,**
*Defendant-Appellee*

---

2022-1329

---

Appeal from the United States Court of International Trade in No. 1:20-cv-03831-TCS, Senior Judge Timothy C. Stanceu.

---

**MANDATE**

---

In accordance with the judgment of this Court, entered January 18, 2023, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

March 13, 2023　　　　/s/ Peter R. Marksteiner
　　Date　　　　　　　Peter R. Marksteiner
　　　　　　　　　　　Clerk of Court